# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jan and Michael Heitland, | Civ. No. 13-168 (RHK/FLN) |
| Jeffrey and Jacqueline Mathiasen, | Civ. No. 13-170 (RHK/FLN) |
| Roger and Susan Towler, | Civ. No. 13-171 (RHK/FLN) |
| Scott and Roxanne Bergman, | Civ. No. 13-216 (RHK/FLN) |
| Joan and Patrick Brennan, | Civ. No. 13-217 (RHK/FLN) |
| Robert Davis, | Civ. No. 13-235 (RHK/FLN) |
| John Gjerde, | Civ. No. 13-236 (RHK/FLN) |
| Paul and Jane Orndorff, | Civ. No. 13-329 (RHK/FLN) |
| Wayne and Genevieve Berg, | Civ. No. 13-388 (RHK/FLN) |
| Plaintiffs, | |
| v. | **ORDER STAYING CASE** |
| Howmedica Osteonics Corp., et al., | |
| Defendants. | |

Based on the attached Order, **IT IS ORDERED** that each of the above actions is **STAYED** pending further Order of the Court.

Dated: March 15, 2013

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge